UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THOMAS V. FOGARTY AND THE THOMAS V. AND MARY R. FOGARTY REVOCABLE TRUST,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; STEVE BERTAGNA; SCOTT GRUENDL; DAN HERBERT; ANDY HOLCOMBE; COLEEN JARVIS; MAUREEN KIRK; DANIEL NGUYEN-TAN; ANN SCHWAB; AND LARRY WAHL,<br><br>    Defendants. | No. CIV. 2:06-01007 WBS GGH<br><br>ORDER OF RECUSAL |

----oo0oo----

Pursuant to the request of plaintiffs' attorney, the undersigned hereby recuses himself as the judge to whom this case is assigned.

DATED: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1     IT IS FURTHER ORDERED:

2     1.  That the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

3     2.  That this case is reassigned to the Honorable David F. Levi; and

4     3.  Any dates previously set in this case are hereby VACATED. The parties are referred to the attached Order Setting Status (Pretrial Scheduling) Conference.

DATED:  July 25, 2006

/s/ David F. Levi
DAVID F. LEVI, CHIEF JUDGE
UNITED STATES DISTRICT COURT