1  ROBERT P. DOTY (STATE BAR NO. 148069)
   STUART I. BLOCK (STATE BAR NO. 160688)
2  LAURA S. BERNARD (STATE BAR NO. 197556)
   COX, CASTLE & NICHOLSON LLP
3  555 California Street, 10th Floor                    **OK/HAV**
   San Francisco, CA  94104
4  Telephone:  (415) 392-4200
   Facsimile:  (415) 392-4250
5
   Attorneys for Plaintiffs
6  Thomas V. Fogarty and the
   Thomas V. and Mary R. Fogarty Revocable Trust
7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11 THOMAS V. FOGARTY AND THE THOMAS         Case No.  2:06-cv-01007-DFL-GGH
   V. AND MARY R. FOGARTY REVOCABLE
12 TRUST,
                                            **STIPULATION AND ORDER**
13        Plaintiffs,                       **EXTENDING SCHEDULING ORDER**
                                            **DATES**
14        vs.

15 THE CITY OF CHICO, CALIFORNIA; BUTTE
   COUNTY, CALIFORNIA; STEVE
16 BERTAGNA; SCOTT GRUENDL; DAN
   HERBERT; ANDY HOLCOMBE; COLEEN
17 JARVIS; MAUREEN KIRK; DANIEL
   NGUYEN-TAN; ANN SCHWAB; AND LARRY
18 WAHL,

19        Defendants.

20        WHEREAS, on August 31, 2006, the Court issued a pre-trial scheduling order setting certain

21 dates and cut-offs;

22        WHEREAS, the City of Chico ("City") alleges that it has experienced unforeseen difficulties

23 and delays identifying, locating and producing historical documents covering more than an eighty year

24 period;

25        WHEREAS, due to the unforeseen difficulties described above, the City has requested that

26 Plaintiffs agree to an extension of time for disclosure of expert witnesses and all other case deadlines;

27 \\\

28

WHEREAS, in the interest of cooperating with opposing counsel and avoiding a dispute before the Court over a rescheduling request, Plaintiffs are prepared to stipulate to an approximately 60-day extension of discovery deadlines and an approximately 30-day extension of the trial date;

WHEREAS, the County has no objection to these extensions;

THEREFORE, all parties, through their respective counsel, stipulate that the following case deadlines will be extended as follows:

| 8/17/2007 | Deadline for Rule 26(a)(2) Disclosure of Experts |
| 8/31/2007 | Deadline for Rule 26(a)(2)(c) Supplemental Disclosure and Rebuttal Experts |
| 10/1/2007 | Deadline for Completion of Discovery (all depositions taken, motions made and post motion follow-up done) |
| 10/16/2007 | Deadline for Completion of Mediation |
| 11/2/2007 | Deadline to File Dispositive Motions |
| 12/5/2007 | Hearing on Dispositive Motions |
| 1/18/2008 | Joint Pre-Trial Conference Statement Due |
| 1/25/2008 | Final Pre-Trial Conference at 2:00 P.M. |
| 2/25/2008 | Trial at 9:00 a.m. |

DATED:  May ___, 2007                     COX, CASTLE & NICHOLSON LLP


By: _____
Attorneys for Plaintiffs Thomas V. Fogarty and the Thomas V. and Mary R. Fogarty Revocable Trust


DATED:  May ___, 2007                     GOLDSBERRY, FREEMAN & GUZMAN, LLP


By: _____
Attorneys for Defendants The City of Chico, California; Steve Bertagna; Scott Gruendl; Dan Herbert; Andy Holcombe; Coleen Jarvis; Maureen Kirk; Daniel Nguyen-Tah; Ann Schwab; and Larry Wahl

1

2      DATED:  May ___, 2007                    PORTER, SCOTT WEIBERG & DELEHANT

3

4                                              By: _____
                                                   Attorneys for Defendant County of Butte
5

6      PURSUANT TO STIPULATION, IT IS SO ORDERED.

7      DATED:   June 5, 2007

8

9                                              By:  /s/ David F. Levi_____
                                                    Hon. David F. Levi
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28