ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
LAURA S. BERNARD (STATE BAR NO. 197556)
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA  94104
Telephone:  (415) 392-4200
Facsimile:  (415) 392-4250

Attorneys for Plaintiffs
Thomas V. Fogarty and the
Thomas V. and Mary R. Fogarty Revocable Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. FOGARTY AND THE THOMAS V. AND MARY R. FOGARTY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; STEVE BERTAGNA; SCOTT GRUENDL; DAN HERBERT; ANDY HOLCOMBE; COLEEN JARVIS; MAUREEN KIRK; DANIEL NGUYEN-TAN; ANN SCHWAB; AND LARRY WAHL,<br><br>Defendants. | Case No.  2:06-cv-01007-RRB-GGH<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULING ORDER DATES** |

WHEREAS, on August 31, 2006, the Court issued a pre-trial scheduling order setting certain dates and cut-offs;

WHEREAS, in May 2007, the City of Chico ("City") requested that Plaintiffs agree to an extension of time for disclosure of expert witnesses and all other case deadlines;

WHEREAS, in May 2007, the parties to this matter stipulated to extend certain dates on the case scheduling order, and on June 5, 2007, the Court approved the stipulation of the parties;

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO.  2:06-CV-01007-RRB-GGH

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, in July 2007, the City requested that Plaintiffs agree to a three-month extension of all case deadlines, which Plaintiffs did not agree to and which the Court denied on the City's *ex parte* application for an order extending dates;

WHEREAS, in September 2007, Plaintiffs requested a two-week extension of the discovery deadline to complete depositions in this matter. The City agreed to the extension provided that the deadline for filing of and a hearing on dispositive motions similarly be extended by two weeks;

WHEREAS, the parties now agree that two additional weeks are necessary to complete depositions and that therefore the dispositive motion deadlines will also need to be extended by two weeks;

WHEREAS, Plaintiffs and the City have agreed that mediation would be more productive following the hearing of dispositive motions and therefore the mediation date should also be rescheduled;

WHEREAS, the pre-trial conference and trial dates will remain the same;

WHEREAS, Butte County has no objections to these extensions;

THEREFORE, all parties, through their respective counsel, stipulate that the case schedule will be amended as follows:

| | |
|---|---|
| 10/15/2007 | Deadline for Completion of Discovery (all depositions taken, motions made and post motion follow-up done) |
| 11/16/2007 | Deadline to File Dispositive Motions |
| 12/19/2007 @ 10 a.m. | Hearing on Dispositive Motions |
| 1/11/2008 | Deadline for Completion of Mediation |
| 1/18/2008 | Joint Pre-Trial Conference Statement Due |
| 1/25/2008 @ 2 p.m. | Final Pre-Trial Conference |
| 2/25/2008 @ 9 a.m. | Trial |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO.  2:06-CV-01007-RRB-GGH

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

DATED: September ___, 2007    COX, CASTLE & NICHOLSON LLP

By: /s/
Attorneys for Plaintiffs Thomas V. Fogarty and the Thomas V. and Mary R. Fogarty Revocable Trust

DATED: September ___, 2007    GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/
Attorneys for Defendants The City of Chico, California; Steve Bertagna; Scott Gruendl; Dan Herbert; Andy Holcombe; Coleen Jarvis; Maureen Kirk; Daniel Nguyen-Tah; Ann Schwab; and Larry Wahl

DATED: September ___, 2007    PORTER SCOTT

By: /s/
Attorneys for Defendant County of Butte

PURSUANT TO STIPULATION, IT IS SO ORDERED.

By: /s/ Ralph R. Beistline
Hon. Ralph R. Beistline
U. S. District Judge

51074\107664v1

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:06-CV-01007-RRB-GGH
- 3 -

PDF created with pdfFactory trial version www.pdffactory.com