1 | ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
2 | LAURA S. BERNARD (STATE BAR NO. 197556)
COX, CASTLE & NICHOLSON LLP
3 | 555 California Street, 10th Floor
San Francisco, CA  94104
4 | Telephone:  (415) 392-4200
Facsimile:  (415) 392-4250
5
Attorneys for Plaintiffs
6 | Thomas V. Fogarty and the
Thomas V. and Mary R. Fogarty Revocable Trust
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS V. FOGARTY AND THE THOMAS V. AND MARY R. FOGARTY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; STEVE BERTAGNA; SCOTT GRUENDL; DAN HERBERT; ANDY HOLCOMBE; COLEEN JARVIS; MAUREEN KIRK; DANIEL NGUYEN-TAN; ANN SCHWAB; AND LARRY WAHL,<br><br>Defendants. | Case No.  2:06-cv-01007-RRB-GGH<br><br>**STIPULATION AND CORRECTED ORDER EXTENDING SCHEDULING ORDER DATES** |

WHEREAS, on August 31, 2006, the Court issued a pre-trial scheduling order setting certain dates and cut-offs;

WHEREAS, in May 2007, the City of Chico ("City") requested that Plaintiffs agree to an extension of time for disclosure of expert witnesses and all other case deadlines;

WHEREAS, in May 2007, the parties to this matter stipulated to extend certain dates on the case scheduling order, and on June 5, 2007, the Court approved the stipulation of the parties;

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS, in July 2007, the City requested that Plaintiffs agree to a three-month extension
2 of all case deadlines, which Plaintiffs did not agree to and which the Court denied on the City's *ex*
3 *parte* application for an order extending dates;

4     WHEREAS, in September 2007, Plaintiffs requested a two week extension of the discovery
5 deadline to complete depositions in this matter. The City agreed to the extension provided that the
6 deadline for filing of and a hearing on dispositive motions similarly be extended by two weeks;

7     WHEREAS, the parties now agree that two additional weeks are necessary to complete
8 depositions and that therefore the dispositive motion deadlines will also need to be extended by two
9 weeks;

10     WHEREAS, Plaintiffs and the City have agreed that mediation would be more productive
11 following the hearing of dispositive motions and therefore the mediation date should also be
12 rescheduled;

13     WHEREAS, the pre-trial conference and trial dates will remain the same;

14     WHEREAS, Butte County has no objections to these extensions;

15     THEREFORE, all parties, through their respective counsel, stipulate that the case schedule will
16 be amended as follows:

| Date | Event |
|---|---|
| 10/01/2007 | Deadline for Completion of Written Discovery (per existing schedule) |
| 10/15/2007 | Deadline for Completion of Depositions |
| 11/16/2007 | Deadline to File Dispositive Motions |
| 12/19/2007 @ 10 a.m. | Hearing on Dispositive Motions |
| 1/11/2008 | Deadline for Completion of Mediation |
| 1/18/2008 | Joint Pre-Trial Conference Statement Due |
| 1/25/2008 @ 2 p.m. | Final Pre-Trial Conference |
| 2/25/2008 @ 9 a.m. | Trial |

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

STIPULATION AND CORRECTED ORDER
CASE NO. 2:06-CV-01007-RRB-GGH

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: September 19, 2007 | COX, CASTLE & NICHOLSON LLP |
| 2 | | |
| 3 | | By: /s/ As authorized |
| 4 | | Attorneys for Plaintiffs Thomas V. Fogarty and the Thomas V. and Mary R. Fogarty Revocable Trust |
| 5 | | |
| 6 | | |
| 7 | DATED: September 19, 2007 | GOLDSBERRY, FREEMAN & GUZMAN, LLP |
| 8 | | |
| 9 | | By: /s/ As authorized |
| 10 | | Attorneys for Defendants The City of Chico, California; Steve Bertagna; Scott Gruendl; Dan Herbert; Andy Holcombe; Coleen Jarvis; Maureen Kirk; Daniel Nguyen-Tah; Ann Schwab; and Larry Wahl |
| 11 | | |
| 12 | | |
| 13 | DATED: September 19, 2007 | PORTER SCOTT |
| 14 | | |
| 15 | | By: /s/ As authorized |
| 16 | | Attorneys for Defendant County of Butte |
| 17 | | |
| 18 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 19 | | |
| 20 | | By: /s/ Ralph R. Beistline |
|  | | Hon. Ralph R. Beistline |
| 21 | | |
| 22 | 51074\107664v2 | |

PDF created with pdfFactory trial version www.pdffactory.com