IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS V. FOGARTY, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE CITY OF CHICO, et al.,<br><br>      Defendants.<br>_____ | Case No. 2:06-cv-1007-RRB-GGH |
| BORGE DEVELOPMENT, INC., a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>THE CITY OF CHICO, et al.,<br><br>      Defendants.<br>_____ | Case No. 2:06-cv-2228-RRB-GGH |
| ELIZABETH JEAN SIMMONS, et al.,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF CHICO, et al.,<br><br>      Defendants. | Case No. 2:07-cv-1129-RRB-KJM<br><br>**RELATED CASE ORDER** |

Examination of the above-entitled actions reveals that these actions are "related" within the meaning of Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the Court concludes the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should, however, be aware that relating the cases under Local Rule 83-123 (E.D. Cal. 2005) merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

It is therefore ordered that the action denominated 2:07-CV-01129-MCE-KJM be reassigned to Judge Ralph R. Beistline and Magistrate Judge Gregory G. Hallows for all further proceedings, and any dates currently set in this reassigned case only are **VACATED**. The parties are referred to the attached Order Requiring Joint Status Report. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:07-CV-01129-RRB-GGH.

ENTERED this 21st day of September, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE