1  ROBERT P. DOTY (STATE BAR NO. 148069)
   STUART I. BLOCK (STATE BAR NO. 160688)
2  LAURA S. BERNARD (STATE BAR NO. 197556)
   COX, CASTLE & NICHOLSON LLP
3  555 California Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 392-4200
   Facsimile: (415) 392-4250
5
   Attorneys for Plaintiffs
6  Thomas V. Fogarty and the
   Thomas V. and Mary R. Fogarty Revocable Trust
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| THOMAS V. FOGARTY AND THE THOMAS V. AND MARY R. FOGARTY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; STEVE BERTAGNA; SCOTT GRUENDL; DAN HERBERT; ANDY HOLCOMBE; COLEEN JARVIS; MAUREEN KIRK; DANIEL NGUYEN-TAN; ANN SCHWAB; AND LARRY WAHL,<br><br>Defendants. | Case No. 2:06-cv-01007-RRB-GGH<br>(Hon. Ralph R. Beistline)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**1. SUBSTITUTING TRUSTEES AS REAL PARTY IN INTEREST**<br><br>**2. DISMISSING INDIVIDUAL COUNCIL MEMBER DEFENDANTS**<br><br>**3. WITHDRAWING CITY'S MOTION FOR SUMMARY JUDGMENT RE CITY COUNCIL MEMBERS, AND**<br><br>**4. WITHDRAWING CITY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

STIPULATION
NO.: 2:06-CV-01007-RRB-GGH

1   WHEREAS, Plaintiffs' Complaint in this action ("Complaint") sets forth claims on behalf of
2   Plaintiffs Thomas V. Fogarty and the Thomas V. and Mary R. Fogarty Revocable Trust;
3   WHEREAS, Defendant, The City of Chico, California ("City"), has filed a Motion for
4   Judgment on the Pleadings alleging that the Thomas V. and Mary R. Fogarty Revocable Trust is not a
5   proper party to this action, and that any action on behalf of said trust must be brought, if at all, by the
6   trustee(s) of the trust;
7   WHEREAS, Plaintiffs have filed claims against Defendants Steve Bertagna, Scott Gruendl,
8   Dan Herbert, Andy Holcombe, Coleen Jarvis, Maureen Kirk, Daniel Nguyen-Tan, Ann Schwab, and
9   Larry Wahl, each counsel members or former members of the Chico City Council ("Councilmember
10  Defendants");
11  WHEREAS, the Councilmember Defendants have filed a Motion for Summary Judgment
12  alleging that they are immune from liability in connection with the claims alleged in the Complaint;
13  WHEREAS, the parties have met and conferred in order to resolve the City's Motion for
14  Judgment on the Pleadings and the Councilmember Defendants' Motion for Summary Judgment.
15  NOW, THEREFORE, the Parties stipulate to the following:
16  A. Plaintiffs shall, and hereby do, substitute Thomas V. Fogarty and Mary R. Fogarty as
17  Trustees for the Thomas V. and Mary R. Fogarty Revocable Trust in place of the Thomas V. and
18  Mary R. Fogarty Revocable Trust, such substitution to be effective *nunc pro tunc*.
19  B. Plaintiffs Thomas V. Fogarty and Mary R. Fogarty, as the Trustees of the Thomas V. and
20  Mary R. Fogarty Revocable Trust, ratify the substitution, consent to continue the litigation, and agree
21  to be bound by the outcome of the litigation.
22  C. Plaintiffs shall, and hereby do, dismiss the Councilmember Defendants from this action,
23  with prejudice.
24  D.   The dismissal of the Councilmember Defendants provided for in Paragraph C above
25  shall not invalidate any claim in this action based on the requirements of California Government Code
26  Section 815.3(a).
27  E. Defendant Chico's Motion for Summary Judgment re City Council Members, scheduled
28  for December 19, 2007, is withdrawn, each party to bear its own costs.

NOV. 28. 2007  4:19PM    GOLDSBERRY FREEMAN GUZMAN DITORA            NO. 9789   P. 4

F. Defendant Chico's Motion for Judgment on the Pleadings against Plaintiff Thomas V. and Mary R. Fogarty Revocable Trust, scheduled for December 19, 2007, is withdrawn, each party to bear its own costs.

DATED: November 29 2007         COX, CASTLE & NICHOLSON LLP

By: _____
Stuart L Block
Attorneys for Plaintiffs THOMAS V. FOGARTY
AND THE THOMAS V. AND MARY R.
FOGARTY REVOCABLE TRUST

DATED: November 28 2007         GOLDSBERRY, FREEMAN & GUZMAN LLP

By: _____
Francis M. Goldsberry, II
Attorneys for Defendants CITY OF CHICO,
CALIFORNIA; BUTTE COUNTY,
CALIFORNIA; STEVE BERTAGNA; SCOTT
GRUENDL; DAN HERBERT; ANDY
HOLCOMBE; COLEEN JARVIS; MAUREEN
KIRK; DANIEL NGUYEN-TAN; ANN
SCHWAB; AND LARRY WAHL

DATED: November __, 2007        PORTER SCOTT, P.C.

By: _____
Stephen E. Horan
Attorneys for Defendant COUNTY OF BUTTE,
CALIFORNIA

IT IS SO ORDERED.

Dated: 12/6 , 2007

_____
The Honorable Ralph R. Beistline,
United States District Court Judge

J1074\1315721v4

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

- 1 -                      STIPULATION
                           NO.: 2:06-CV-01007-RRB-GGH

Received  Nov-28-2007  04:16pm   From-9164488628   To-COX,CASTLE&NICHOLSON   Page 004