1  ROBERT P. DOTY (SBN 148069)
   STUART I. BLOCK (SBN 160688)
2  COX, CASTLE & NICHOLSON LLP
   555 California Street, Tenth Floor
3  San Francisco, CA  94104
   Telephone:  (415) 392-4200
4  Facsimile:  (415) 392-4250

5  Attorneys for Plaintiffs
   Thomas V. Fogarty and the
6  Thomas V. and Mary R. Fogarty Revocable Trust

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  THOMAS V. FOGARTY AND THE THOMAS V. AND MARY R. FOGARTY REVOCABLE TRUST, | Case No. 2:06-cv-01007-JAM-GGH |
| 13              Plaintiffs, | **STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT BUTTE COUNTY, CALIFORNIA** |
| 14       vs. | |
| 15  THE CITY OF CHICO, CALIFORNIA; BUTTE COUNTY, CALIFORNIA; STEVE BERTAGNA; SCOTT GRUENDL; DAN HERBERT; ANDY HOLCOMBE; COLEEN JARVIS; MAUREEN KIRK; DANIEL NGUYEN-TAN; ANN SCHWAB; AND LARRY WAHL, | |
| 19              Defendants. | |

20

21       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Thomas V. Fogarty

22  and Thomas V. and Mary R. Fogarty Trust (collectively "Plaintiffs"), and Defendant Butte County,

23  California, by and through their respective counsel, that Plaintiffs' Complaint for Recovery of

24  Cleanup Costs and Damages, and for Declaratory and Other Relief is hereby dismissed with prejudice

25  as to Defendant Butte County, pursuant to Rule 41(a) of Federal Rules of Civil Procedure.  Each party

26  is to bear its own fees and costs.

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO    51074\128032v1

STIPULATION FOR DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT BUTT COUNTY, CALIFORNIA
CASE NO. 2:06-CV-01007-RRB-GGH

Respectfully submitted, this ____ of October, 2008.

COX, CASTLE & NICHOLSON, LLP

_____
ROBERT P. DOTY
Attorney for Plaintiffs,
Thomas V. Fogarty and the
Thomas V. and Mary R. Fogarty Revocable Trust

Date: October 3, 2008

PORTER SCOTT

_____
STEPHEN E. HORAN
Attorney for Defendant,
Butte County

Date: October ___, 2008

OFFICE OF COUNTY COUNSEL, BUTTE CO.

_____
BRUCE S. ALPERT
Attorney for Defendant,
Butte County

APPROVED AND SO ORDERED:

Date: October ___, 2008

_____
THE HONORABLE JOHN A. MENDEZ
EASTERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
51074\128032v1

PLAINTIFFS' RESPONSE TO CITY'S ADDITIONAL
MATERIAL FACTS
CASE NO. 2:06-CV-01007-RRB-GGH

- 2 -

1 | Respectfully submitted, this ____ of October, 2008.

COX, CASTLE & NICHOLSON, LLP

_____
ROBERT P. DOTY
Attorney for Plaintiffs,
Thomas V. Fogarty and the
Thomas V. and Mary R. Fogarty Revocable Trust

Date: October ___, 2008

PORTER | SCOTT

_____
STEPHEN E. HORAN
Attorney for Defendant,
Butte County

Date: October 3, 2008

OFFICE OF COUNTY COUNSEL, BUTTE CO.

/s/ Bruce S. Alpert
_____
BRUCE S. ALPERT
Attorney for Defendant,
Butte County

APPROVED AND SO ORDERED:

Date: November 10, 2008 (October crossed out)

/s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
EASTERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

51074\128032v1

- 2 -

PLAINTIFFS' RESPONSE TO CITY'S ADDITIONAL
MATERIAL FACTS
CASE NO. 2:06-CV-01007-RRB-GGH